## Before the First Division, July 24, 1958

**No. 62203.**—Magnus Mabee & Reynard, Inc. v. United States, protests 322300-K and 58/2565 (New York).

Opinion by Wilson, J.   In accordance with stipulation of counsel that the merchandise consists of natural camphor the same in all material respects as that the subject of Abstract 61198, the claim of the plaintiff was sustained.